IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                  4:08CR00185-02-WRW

CRYSTAL COCHRANE

## AMENDED JUDGMENT & COMMITMENT

On May 8, 2009, Defendant, Crystal Cochrane came before me for sentencing. Ms. Cochrane was sentenced to 15 Months in the Bureau of Prisons; 3 Years Supervised Release; and a $100.00 Special Assessment fee. The Judgment & Commitment was entered on the docket May 8, 2009 and on May 15, 2009, Ms. Cochrane filed a Notice of Appeal. On June 28, 2010, the Eighth Circuit Court of Appeals entered an Opinion and Judgment vacating the sentencing and remanding the case for re-sentencing. The Mandate issued on July 20, 2010. On August 20, 2010, a sentencing hearing was held and Ms. Cochrane objected to Government's Exhibit A; the objection was overruled and Ms. Cochrane was resentenced.

The sentence given Ms. Cochrane on May 8, 2009, is reimposed in its entirety. The Standard Conditions of Supervised Release as well as the Special Conditions of Supervised Release remain in full force and effect.

IT IS SO ORDERED this 24th day of August, 2010.

                                              /s/ Wm. R.Wilson,Jr.
                                   UNITED STATES DISTRICT JUDGE

amendedJ&CCochrane.wpd