AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 22 2013

JAMES W. McCORMACK, CLERK
By: _____
                                    DEP CLERK

UNITED STATES OF AMERICA

v.

CRYSTAL COCHRANE

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.   4:08-CR-00185-02-BRW

USM No.   25151-009

Nicole Lybrand, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___General and Standard___ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General #2 | Commission of another federal, state or local crime | 05/01/2012 |
| Standard #7 | Failure to restrain from excessive use of alcohol | 05/01/2012 |
| General #2 | Unlawful use of a controlled substance | 05/17/2013 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _7351_

Defendant's Year of Birth:   _1970_

City and State of Defendant's Residence: _____

06/21/2013
_____
Date of Imposition of Judgment

_____
Signature of Judge

BILLY ROY WILSON,                    U.S. District Judge
_____
Name and Title of Judge

6-22-2013
_____
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page    2    of    2

DEFENDANT: CRYSTAL COCHRANE
CASE NUMBER: 4:08-CR-00185-02-BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

11 months, with no term of supervised release to follow.

☑  The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in nonresidential substance abuse treatment  and any mental health treatment programs available during incarceration. The Court also strongly recommends the defendant be designated to the institution located in Carswell, TX (FMC Carswell).

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.  ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL